FILED

06/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0579

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0579

_____

ALLAN G. HOLMS, a Montana Corporation
d/b/a HOLMS & ASSOCIATES,

      Plaintiff and Appellee,

  v.

                                  O R D E R

MARK A. BRETZ,

      Defendant and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kurt Krueger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 16 2021